IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JJ BAKER LLC | ) | Case No. 16-60866 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### MOTION AND NOTICE OF DEBTORS' INTENT TO SELL PROPERTY FREE AND CLEAR OF LIENS (11 U.S.C. Section 363(f)

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Debtors, pursuant to the Amended Liquidated Plan filed May 23, 2017, (the Confirmed Plan) and the Confirmation Order entered June 23, 2017, will auction the following properties on September 14, 2017:  As contemplated by the Confirmed Plan, Debtor has filed a motion to employ and pay Robert Kollmeier to auction the properties.

(1) Two houses, one duplex and six townhouses 2375 Pike Parcel ID 89-11-0.6-14-000-000-068.005.
(2) Office building 855 E. Mt. Gilead Rd. parcel ID #89-11-0.6-13-000-000-027.002
(3) Restaurant at 107-109 Main Street Parcel ID89-11-0.1-02-004-036-007.000
(4) Office building located at 220-308 W. Jackson, Bolivar
(5) Pizza Restaurant and office at 107 A/B East Broadway Parcel ID#89-11-0.1-003-033-008.00
(6) Sixty acres of raw land comprised of three (3) parcels-Parcel ID #89-11-0.1-02-002-003-00.1.002 (9.08 acres); Parcel ID #89-11-0.1-02-002-003-005.00 (8.71 acres); Parcel ID #89-11-0.2-03-000-000-009.00 (39.69 acres).

Terms of the auction are cash and with reserve.  The auction will be conducted by Robert Kollmeier of Springfield, Missouri, telephone number (417) 839-6619.  Inspection of the property and information regarding the property can be obtained by contacting the auctioneer or by viewing his website at www.bobkauctions.com.  The auction will take place on September 14, 2017, 12:00 p.m. at 2375 S. Pike Ave., Bolivar, Missouri.  The trustee will pay at closing from sale proceeds:

1. Auctioneer commission to Robert Kollmeier of 6% of gross sale price.
2. Polk County real estate taxes in the amount of $41,589.94.
3. Lien of Farmer's State Bank in the amount of $1,809,167.00
4. Ordinary and necessary auction costs and expenses.
5. Attorney fee to Checkett & Pauly as approved by the Court.

The lien of Farmers State Bank will attach to the sale proceeds and the proceeds.

Any response or objection to the motion must be filed within 10 days of the date of this notice, pursuant to Local Rule 9013-1C, with the Clerk of the United States Bankruptcy Court.

Parties represented by an attorney shall file electronically at <https://ecf.mowb.uscourts.gov>. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to Rule 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 10 days, the Court may enter an Order without further notice.

For information about electronic filing go to www.mow.uscocurts.gov <http://www.mow.uscocurts.gov> or call the Court's HELP line at 1-800-466-9302.

CHECKETT & PAULY, P.C.

/s/ Mariann Morgan
Mariann Morgan, #50083
517 S. Main Street
P.O. Box 409
Carthage, MO 64836
(417)358-4049 Telephone
(417)358-6341 Facsimile

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, United States Trustee, 400 East 9th Street, Room 3440, Kansas City, MO 64106, and to all creditors on the debtor's mailing matrix, on the date entered on the court's docket.

/s/ Mariann Morgan
Attorney of Record